UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICKEY BELLMAN,<br><br>    Plaintiff<br><br>v.<br><br>SPRINTER TRUCKING, INC., et al.,<br><br>    Defendants | Case No.: 2:25-cv-00955-APG-BNW<br><br>**Order Striking Certificate of Interested Parties** |

   I ORDER that the defendants' certificate of interested parties (ECF No. 2) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).  The certificate does not identify the citizenship of each defendant as required by that rule.

   I FURTHER ORDER the defendants to file a proper certificate of interested parties by June 13, 2025.

   DATED this 3rd day of June, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE