ROBERT K. PHILLIPS
Nevada Bar No. 11441
TIMOTHY D. KUHLS
Nevada Bar No. 13362
BAYLIE A. HELLMAN
Nevada Bar No. 14541
PHILLIPS, SPALLAS & ANGSTADT LLC
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
tkuhls@psalaw.net
bhellman@psalaw.net

*Attorneys for Defendants*
*William Glen Vaughn and*
*Sprinter Trucking, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| RICKEY BELLMAN, individually,<br><br>                    Plaintiff,<br>v.<br><br>WILLIAM GLEN VAUGHN, an individual;<br>SPRINTER TRUCKING, INC., an Oregon<br>foreign corporation; and DOES 1 through 20,<br>inclusive,<br><br>                    Defendants. | Case No.: 2:25-cv-00955-APG-BNW<br><br>**<u>STIPULATION AND ORDER FOR<br>DISMISSAL WITH PREJUDICE</u>** |

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff, RICKEY BELLMAN ("Plaintiff"), and Defendants, WILLIAM GLEN VAUGHN ("Vaughn") and SPRINTER TRUCKING, INC., ("Sprinter Trucking") (collectively "Defendants"), through their respective counsel of record, that any and all claims against Defendants in the above-captioned matter be dismissed with prejudice.

. . .

. . .

. . .

. . .

- 1 -

Each party to bear said party's own attorney's fees and costs.

DATED this 12th day of February 2026.

**BOURASSA LAW GROUP**

*/s/ Mark J. Bourassa, Esq.*

_____
MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
2350 W. Charleston Blvd., Suite 100
Las Vegas, NV 89102

*Attorney for Plaintiff*
*Rickey Bellman*

DATED this 12th day of February 2026.

**PHILLIPS SPALLAS & ANGSTADT LLC**

*/s/ Baylie A. Hellman, Esq.*

_____
ROBERT K. PHILLIPS
Nevada Bar No. 11441
TIMOTHY D. KUHLS
Nevada Bar No. 13362
BAYLIE A. HELLMAN
Nevada Bar No. 14541
504 South Ninth Street
Las Vegas, Nevada 89101

*Attorneys for Defendants*
*William Glen Vaughn and*
*Sprinter Trucking, Inc.*

**ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

**ORDERED, ADJUDGED, AND DECREED**, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 13th day of  February_____ 2026.

_____
**ANDREW P. GORDON**
**CHIEF UNITED STATES DISTRICT JUDGE**